# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



201 South Evans Street, Room 214
Greenville, NC 27858-1121
252-830-2345
Fax: 252-758-8570

**DATE:** February 13, 2018

**FROM:** Melissa K. Gonigam
U.S. Probation Officer

**SUBJECT:** JENNETTE, Eric Lavon
Case No.: 4:14-CR-50-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On April 7, 2015, pursuant to a guilty plea to Possession With Intent to Distribute a Quantity of Cocaine Base (Crack), Eric Lavon Jennette appeared in United States District Court for Eastern District of North Carolina, and was sentenced to 13 months imprisonment to be followed by 3 years supervised release.

The defendant was released from custody on December 7, 2015, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since October 2016. His term of supervised release is set to expire on December 6, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and has no objection. Please indicate the court's preference by marking the appropriate selection below.

- ☑ I agree with the recommendation and have signed the enclosed Order.
- ☐ I disagree with the recommendation. I will reconsider in one year.
- ☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____     2-14-18
Terrence W. Boyle                   Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.   Crim. No. 4:14-CR-50-1BO

**ERIC LAVON JENNETTE**

On December 7, 2015, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Melissa K. Gonigam<br>Melissa K. Gonigam<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: (252) 830-2345<br>Executed On: February 13, 2018 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __14__ day of __February__, 2018.

Terrence W. Boyle  
U.S. District Judge